COMPLAINT by A PRISONER UNDER THE CIVIL RIGHTS ACT. 42 U.S.C. 1983.

NAME  WEAVER   WILLIE
       (LAST)   (FIRST)   (INITIAL)

PRISONER NUMBER  J-91389

INTITUTIONAL ADDRESS  PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER                    CV 08    1391 JW (PR)
(ENTER THE FULL NAME
OF PLAINTIFF IN THIS AC-         CASE NO. _____
TION)                            (TO BE PROVIDED
         VS                      BY THE CLERK OF
INTERNAL AFFAIRS                 COURT)
CLERK U.S. DISTRICT
COURT NORTHERN DISTRICT          COMPLAINT UNDER
CLERK OF COURT                   THE CIVIL RIGHT
(ENTER THE FULL NAME             ACT 42 U.S.C 1983
OF DEFENDANT(S) IN THIS
ACTION

(ALL QUESTIONS ON THIS COMPLAINT FORM MUST BE ANSWERED IN ORDER FOR YOUR ACTION TO PROCEED..)

1. EXHAUSTION OF ADMINSTRATIVE REMEDIES
   NOTE: YOU MUST EXHAUST YOUR ADMIN-ISTRATIVE REMEDIES BEFORE CLAIM CAN GO FORWARD, THE COURT WILL DISMISS ANY UNEXHAUSTED CLAIMS)

A. PLACE OF PRESENT CONFINEMENT  P.S.P
B. IS THERE A GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES ( ) NO ( )
C. DID YOU PRESENT THE FACTS IN YOUR COMPLAINT FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE? YES ( ) NO ( )
D. IF YOUR ANSWER IS YES, LIST THE APPEAL NUMBER AND THE DATE AND RESULT OF THE COMPLAINT

(1)

APPEAL AT EACH LEVEL OF REVIEW, IF YOU DID NOT PURSUE A CERTAIN LEVEL OF APPEAL EXPLAIN WHY.

1. INFORMAL APPEAL _____
2. FIRST FORMAL LEVEL _____
3. SECOND FORMAL LEVEL _____

E. IS THE LAST LEVEL TO WHICH YOU APPEALED THE HIGHEST LEVEL OF APPEAL AVAILABLE TO YOU?
   YES ( )   NO ( )

F. IF YOU DID NOT PRESENT YOUR CLAIM FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE, EXPLAIN WHY ~~STILL BEING PROCESSED~~

II. PARTIES

A. WRITE YOUR NAME AND YOUR PRESENT ADDRESS, DO THE SAME FOR ADDITIONAL PLAINTIFF, IF ANY. WILLIE WEAVER PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

B. WRITE THE FULL NAME OF EACH DEFENDANT, HIS OR HER OFFICIAL POSITION, AND HIS OR HER PLACE OF EMPLOYMENT.

INTERNAL AFFAIRS CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CLERK OF COURT

COMPLAINT       -2-

STATEMENT OF CLAIM
STATE HERE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. BE SURE TO DESCRIBE HOW EACH DEFENDANT IS INVOLVED AND HOW TO INCLUDE DATES WHEN POSSIBLE DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES, IF YOU HAVE MORE THAN ONE CLAIM, EACH CLAIM SHOULD BE SET FORTH IN A SEPARATE NUMBERED PARAGRAPH.

THE CLERK OF COURT IS SENDING PLAINTIFF CASES, PAPER WORK BACK NOT STAMPED FROM THE COURT FOR INSTANCES CASE NO. CV-06-07623 CAME BACK TO PLAINTIFF WITH OUT ORIGINAL FILED ARE THE DATE IT WAS FILED ARE WHAT CLERK FILED WHAT, THE DEFENDANT'S SHOWED DELIBERATE INDIFERENCE UNDER THE EIGHT AMENDMENT THAT CONSTITUE CRUEL UNUSUAL PUNISHMENT.

IV. RELIEF
YOUR COMPLAINT CANNOT GO FORWARD UNLESS YOU REQUEST SPECIFIC RELIEF. STATE BRIEFLY EXACTLY WHAT YOU WANT ARE THE COURT TO DO FOR YOU MAKE NO LEGAL ARGUMENTS, CITE NO CASES OR STATUTES.

LIABILITY DAMAGES: 25.000 TWENTY FIVE THOUSAND DOLLARS DUE TO: HARRASSMENT, CONSPIRACY U.S. CONSTITUTION VIOLATION, PENAL CODE VIOLATION

PUNITIVE DAMAGES: 25.000 TWENTY FIVE THOUSAND DOLLARS DUE TO: MENTAL ANGUISH, STRESS DISORDER

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT. This 03 day of 05 20 08
SIGNED
COMPLAINT

- 3 -