E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER

                                    Plaintiff,

        vs.

PELICAN BAY STATE
PRISON

                                    Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

**JW**

**(PR)**

        I, WILLIE WEAVER _____, declare, under penalty of perjury that I am the

plaintiff in the above entitled case and that the information I offer throughout this application

is true and correct. I offer this application in support of my request to proceed without being

required to prepay the full amount of fees, costs or give security. I state that because of my

poverty I am unable to pay the costs of this action or give security, and that I believe that I am

entitled to relief.

        In support of this application, I provide the following information:

1.        Are you presently employed? Yes ____ No __✓__

If your answer is "yes," state both your gross and net salary or wages per month, and give the

name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 1 -

1 | If the answer is "no," state the date of last employment and the amount of the gross and net

2 | salary and wages per month which you received.   (If you are imprisoned, specify the last

3 | place of employment prior to imprisonment.)

4 | SACRAMENTO, AIR PORT 300 WEEKLY

5 | 1300 MONTHLY

6 |

7 | 2.    Have you received, within the past twelve (12) months, any money from any of the

8 | following sources:

9 |        a.    Business, Profession or          Yes ___ No ✓

10 |              self employment

11 |       b.    Income from stocks, bonds,       Yes ___ No ✓

12 |             or royalties?

13 |       c.    Rent payments?                   Yes ___ No ✓

14 |       d.    Pensions, annuities, or          Yes ___ No ✓

15 |             life insurance payments?

16 |       e.    Federal or State welfare payments,   Yes ___ No ✓

17 |             Social Security or other govern-

18 |             ment source?

19 | If the answer is "yes" to any of the above, describe each source of money and state the amount

20 | received from each.

21 |

22 |

23 | 3.    Are you married?                        Yes ___ No ✓

24 | Spouse's Full Name: _____

25 | Spouse's Place of Employment: _____

26 | Spouse's Monthly Salary, Wages or Income:

27 | Gross $_____ Net $_____

28 | 4.    a.    List amount you contribute to your spouse's support:$ _____

b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.    Do you own or are you buying a home?          Yes ____ No __✓__

Estimated Market Value: $_____  Amount of Mortgage: $_____

6.    Do you own an automobile?                      Yes ____ No __✓__

Make _____ Year _____ Model _____

Is it financed? Yes _____ No __✓__ If so, Total due: $ _____

Monthly Payment: $ _____

7.    Do you have a bank account?  Yes _____ No __✓__ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s):  $ _____

Do you own any cash?  Yes ____ No __✓__ Amount:  $ _____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market value.)   Yes ____ No __✓__

_____

8.    What are your monthly expenses?

Rent:  $ _____  Utilities: _____

Food:  $ _____  Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.    Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

_____

10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?    Yes ____    No _✓_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

    I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

    I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_____03/21/08_____          _____Willip Weaver_____

    DATE                      SIGNATURE OF APPLICANT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Case Number:**_____

**CERTIFICATION OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Willie Eugene Weaver  J91389</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>5.63</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>11.17</u>.      (20%= $2.23)

Dated: ___4/16/08___                        _____
                                                            Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 4-16-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

CALIFORNIA DEPARTMENT OF CORRECTIONS
PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: OCT. 01, 2007 THRU APR. 16, 2008

ACCOUNT NUMBER : J91389                    BED/CELL NUMBER: BF02U 000000210S
ACCOUNT NAME   : WEAVER, WILLIE EUGENE      ACCOUNT TYPE: I
PRIVILEGE GROUP: D

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 10/01/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 11/27 | *DD30 | CASH DEPOSIT | 2318 ML101 | | 11.25 | | 11.25 |
| 11/27 | W211 | FEDERAL FILIN | 2333 11/27 | | | 1.40 | 9.85 |
| 11/27 | W214 | FEDERAL FILIN | 2333 11/27 | | | 1.40 | 8.45 |
| 11/27 | W215 | FEDERAL FILIN | 2333 11/27 | | | 1.40 | 7.05 |
| 11/27 | W212 | FEDERAL FILIN | 2333 11/27 | | | 1.40 | 5.65 |
| 11/27 | W212 | FEDERAL FILIN | 2333 11/27 | | | 1.40 | 4.25 |
| 11/27 | W212 | FEDERAL FILIN | 2333 11/27 | | | 1.40 | 2.85 |
| 11/27 | W214 | FEDERAL FILIN | 2333 11/27 | | | 1.40 | 1.45 |
| 11/27 | W211 | FEDERAL FILIN | 2333 11/27 | | | 1.40 | 0.05 |
| 12/27 | *DD30 | CASH DEPOSIT | 2711 #122 | | 22.50 | | 22.55 |
| | | ACTIVITY FOR 2008 | | | | | |
| 01/03 | FC10 | DRAW-FAC 10 | 2808   B2 | | | 17.23 | 5.32 |
| 01/15 | W516 | LEGAL COPY CH | 3013 | | | 2.40 | 2.92 |
| 02/05 | W861 | REVERSE LEGAL | 3408/3013 | | | 2.40- | 5.32 |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|-------------|-----------|-------------|---------|-------------|
| 07/31/2007 | H103 | DAMAGES-REFUSED TO SIGN HOLD | 0506   CCI | 2.87 |
| 07/31/2007 | H103 | DAMAGES-REFUSED TO SIGN HOLD | 0506   CCI | 2.45 |
| 01/08/2008 | H116 | FEDERAL FILING FEE HOLD | 2864 12/27 | 22.50 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 01/19/96                    CASE NUMBER: 94F09335
COUNTY CODE: SAC                            FINE AMOUNT: $   5,600.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| 10/01/2007 | | BEGINNING BALANCE | | 5,318.82 |



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 4-16-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE

Case 5:08-cv-01391-JW    Document 3    Filed 05/09/2008    Page 7 of 7

PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: OCT. 01, 2007 THRU APR. 16, 2008

ACCT: J91389        ACCT NAME: WEAVER, WILLIE EUGENE        ACCT TYPE: I


* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 01/19/96                          CASE NUMBER: 94F09335
COUNTY CODE: SAC                                  FINE AMOUNT: $  5,600.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| 11/27/07 | DR30 | REST DED-CASH DEPOSIT | 12.50- | 5,306.32 |
| 12/27/07 | DR30 | REST DED-CASH DEPOSIT | 25.00- | 5,281.32 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.        *


TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 0.00 | 33.75 | 28.43 | 5.32 | 27.82 | 0.00 |

CURRENT
AVAILABLE
BALANCE
-----------
22.50-
-----------

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 4-16-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _J. Kleppin_
TRUST OFFICE